IN THE COURT OF APPEALS OF TENNESSEE
WESTERN SECTION AT JACKSON

**STEVEN COBB,**

Petitioner\Appellant,

vs.

**JOSEPH VINSON, Chairman
LCRCF Disciplinary Board, et al,**

Respondents\Appellees.

Lake Circuit No. 96-7590
Appeal No. 02A01-9707-CV-00144

FILED

**April 1, 1998**

**Cecil Crowson, Jr.**
**Appellate Court Clerk**

SEPARATE CONCURRENCE

HOLLY KIRBY LILLARD, J.

I agree with the majority's analysis in this case. However, I concur separately to emphasize that our review, under either the common law writ of certiorari or the statutory writ, should be limited to hearing the petitioner's claims regarding "the illegality of acts taken by the disciplinary board." *Williams v. Tennessee Dept. of Correction*, No. 02A01-9503-CV-00046 1995 WL 575142 (Tenn. App. Oct. 2 1995). Even if the requirements of a statutory writ of certiorari are met, our review should not include the substance of the disciplinary proceeding, i.e. whether the petitioner actually committed the acts with which he was charged.

HOLLY KIRBY LILLARD, J.